LF 028
(Rev. 10//03/2022)

PRISONER CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG 2 2 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

Samuel Lawrence (JID 1128819)

(Enter above the full name and prisoner
identification number of the plaintiff, GDC
number if a state prisoner.)

-vs-

Fulton County Jail

1:23-CV-3774

_____

(Enter above the full name of the defendant(s).)

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the Court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

I.  **Previous Lawsuits**
    A.  Have you filed other lawsuits in federal court while incarcerated in any institution?

    Yes (✓)     No ( )

    B.  If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline. Even if you do not know all of the information regarding a particular lawsuit, please include the information you do know to assist the Court in identifying your prior lawsuits.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s): None

1

LF 028
(Rev. 10/03/2022)

    Defendant(s): Athens-Clarke county Jail

2. Court (name the district): Middle District

3. Docket Number: N/A

4. Name of judge to whom case was assigned: N/A

5. Did the previous case involve the same facts?

    Yes (✓)    No ( )

6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?): Dismissed, Became homeless and never received all the mail they sent.

7. Approximate date of filing lawsuit: N/A

8. Approximate date of disposition: N/A

## II. Exhaustion of Available Administrative Remedies

In general, prisoners must exhaust available administrative remedies (such as the prison's grievance procedures) before filing an action in federal court. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your available administrative remedies before filing your case.

A. Place of Present Confinement: Fulton county Jail

B. Is there a prisoner grievance procedure in this institution?

    Yes (✓)    No ( )

C. Did you present the facts relating to your complaint under the institution's grievance procedure?

    Yes (✓)    No ( )

D. If your answer is YES:
    1. What steps did you take and what were the results? I stated the time, date what happened and the Deputies Justified, Appealed, no answer

*then incidents kept occuring, i kept Grieving and appealing no solution or resolvement, as of today it's still happening in isolation.*

2.   If your answer is NO, explain why not: _____

## III.   Parties

(In item A below, place your name in the first blank and place your present address in the second blank.)

A.   Name of Plaintiff: **Samuel Lawrence**

Address(es): **901 rice St, Fulton County Jail Atlanta, Ga 30318**

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B.   Defendant(s): **Fulton County Jail Deputies. Mental Health counslers and Medical staff**

Employed as **Deputies, SGT, Lt, counslers, nurses, Doctors**

at **Fulton County Jail**

## IV.   Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A.   Are you bringing suit against *(check all that apply)*:

( ) Federal official (a *Bivens* claim)
(✓) State or local officials (a § 1983 claim)

3

LF 028
(Rev. 10/03/2022)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

4th, 8th, 14th amendments, decent conditions, physical abuse, excessive force, ethnic discrimination, Purity, Punitive, etc

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____
_____

V. **Prisoner Status**
Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

(✓) Pretrial detainee
( ) Immigration detainee
( ) Convicted and sentenced state prisoner
( ) Convicted and sentenced federal prisoner
( ) Other *(explain)* _____

VI. **Statement of Claim**
State here as briefly as possible the facts of your case. Tell the court WHAT you contend happened to you, WHEN the incident(s) you complain about occurred, WHERE the incident(s) took place, HOW your constitutional rights were violated, and WHO violated them. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

6/14/23 Deputy Hunter and two other Deputies failed to reveal their names used excessive force by kicking me in the head, stomping my hands while in handcuffs and wrongfully pepper-spraying to remove me from a medal seat in the visitation booth in 1st floor 700 because i was refusing to go back in dorm 400 where an incident they failed to report, i was bullied, attacked, threaten to be raped and a shank was pulled out on me, an threaten to extort me.

6/14/22 Deputy Johnson, Brown-coto, Lt. Wells-Jenkins used excessive force by wrongfully tasing me while in medical bed in the chest because i was refusing to go back to the 1st floor where my last incident occured on the medical floor 300 cameras record each event.

5/13/23 Deputy P failed report an incident, She sat up in the booth and watch the inmate run me around the dorm then attacked me, failed to protect me from physical abuse, which led to my ribs being bruised

4

LF 028
(Rev. 10/03/2022)

and then try to place me right back in the dorm even after i complained and feared for my health and safety, had to get a sgt. to get me to medical, then they referred me to mental health stating i was delious in Ir 4 north - Zoo
8/5/23 Sgt. Price failed to protect me, physical abuse, inmates popped my door and forced me to fight, I ran out beated on the glass door, he and the doctors looked and fled away then came back 31 minutes after the incident took place, yes he filed it but didn't state that out they cell freely and where in Amid seg and we're suppose to be locked down, one inmate hold me, other bit my left hand deep, also 3 bite marks on the chest like an animal on 7th floor Zoo Amid seg.
8/5/23 Deputy Gay and others over the grievance process to the K/ow passively accepted 3, grieved then the one's i appealed they placed them as passively accepted un Authorized without my knowledge while i was in 7N600 then moved to 7thN Zoo seen it, grieved it contacted my Attorney and others, they changed my pin number without notifying me because there was trying to hide the matter.
8/6/23 I filed a complaint against Fulton County Jail Deputies, Sgts, Lts, Mentalhealth, Psyhdoctors, medical staff, nurses, Food staff, Dental, for Purity, Damages, mental stress, physical abuse, excessive force, inadequate medical care, inadequate food as well, abuse of authority, ethnic discrimination →

## VII. Injuries
If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Did not receive treatment for my ribs or knee, teeth, Didn't get the eye drop they prescribed at medical in isolation, etc

## VIII. Relief
State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes. If requesting money damages, include the amounts of any actual and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Investigate these matters which could be punitive, possible injunction relief, would like to file an temporary restraining order and request a tranfer Due to on going physical torture, Brutality from guard and inmate neglect, Investigate these un safe jail conditions, stabbings, overcrowded jail inmates in boat's, need yall to supeahona the papertrail from the Trost at Jail, request the grievances they erased, see that i get examine to check my injuries, my health, mental state, ethnic discrimination, harrassment, determine if it's objective or subjective, mooting. My bottom teeth was knocked out on up to 2 swell and two more are loose from incidents, need to be pulled, aggravating knees from incidents, stab wounds I would say from 280,000 to a million not sure

5

LF 028
(Rev. 10/03/2022)

Due to threats, mistreating, Placed in isolation again, Being targeted by the entire staff, lost of legal work folders, misplacing and losing property in every incident, There so many People involved in the Shadow. I'm in a cell in isolation with no water toilet off, no mat sleeping on hard metal, there decreasing my food to Shorten my calories, can you review all cameras to these incidents, bring the new J.I.A etc to investigate this corrupted Jail. See that Certain officers be reprieved or brought on charges, see that I see Some Justice, Peace, Sanity, im Still suffering from injuries and hopefully I'll see Some lump Sums of money for this cruel and unusual punishm

Signed this __17__ day of __August__, 20__22__.

_____
Signature of Plaintiff

**STATE OF** __GA__
**COUNTY (CITY) OF** __Atlanta__

I declare under penalty of perjury that the foregoing is true and correct.

**EXECUTED ON** __8-17-23__
                    (Date)

_____
Signature of Plaintiff

neglect, sanitation, overcrowded jail security breach, lockdown without a hearing, mistreatment, failure to prevent suicidal a[ttempts] Due to harrasment and Brutality my inmate and Deputy, Pasonal r[ights] day's without shower in isolation, continue to lose or allow inmates to tamper or Jeopordize my property, legal mail, worky, incident case report, Dental, etc, Dealing with retalation By the entire staff Denying access to library and 1983 Grievance form, not allowing me to contact attorney while in isolation or even access Kiosk to grieve these matters. ← B-5-a5 1st, 3rd, 4th, 7th floor

7/25/23- Deputy Wilcox, Cooper, Sgt. Price Failed to protect from physical abuse, mistreatment, inmates taking my food starving me, harrassment, failure to secure cells, unsafe and jail conditions — 7th floor 600, 100

6/15/23 Deputy thomas, washington, Mental health staff failed to prevent me from sucidial attempts which they provoked or mistreatment, neglect, abuse of authority, exercise, locked in cell for 5 day's to keep me from grieving, contacting Attorney, filthy cells, sanitation issues, no lights in cell, not being able to shower for 5 day's in a mental health dorm which only allow's only 1 hour, some 30 minutes or 15 minutes when they due things out of spite, in same cell with inmates with different mental health level's which has proven to be dangerous.

5/12/23 Deputy B. Davis, Jannett, Sage, Sgt. Price, Bestle failed to protect me from physical abuse, an inmate stole from me which was my roommate in an unsafe, unsecure, overcrowded dorm, inmates in boats, attacked me, I defended myself, Deputy B and Sgt Bestle Did not get the aggressor, Due to my grieving awards there co-workers they've took me out of 3n medical dorm and tried to put me back on the 4th's where I got my bottom teeth knocked out where inmates get stabbed and killed out of retalation.

7/25/23 Medical failed to observe injuries i'm still suffering from and give the correct treatment.

8/14/23 I was placed Back in the same dorm 4th floor 200 By Deputy Wynn, Jones, Gaines, where again I was attacked while my rib's were Bruised and pepper sprayed along with the inmate where my injury became worse and suffered a souvier migraine for 3 day's and didn't get the medical treatment even after I wrote the sickcall

**Requirements for Case Filings:**

1. Must file the original document with the Court. If a party desires extra copies stamped "filed" and returned, the party must provide those copies and a self-addressed, stamped envelope.

2. All filings must be typed or handwritten on 8 ½ x 11-inch letter-sized paper, double-spaced, including attachments and exhibits.

3. Discovery documents (interrogatories, requests for documents, requests for admissions, and responses thereto) must be served upon the opposing party or parties but generally should not be filed with the Court. However, a certificate indicating the date of service of discovery material must be filed with the Clerk as required by Local Rule 26.3(A).

**DOCUMENTS NOT MEETING THESE REQUIREMENTS WILL BE REJECTED AND RETURNED BY THE CLERK.**

*Disclaimer: This information is provided as a service to the public. While the information deals with legal issues, it does not constitute legal advice. Due to the rapidly changing nature of the law and court procedures, we rely on some information provided by outside sources. Although we make every effort to ensure the information is correct, the Clerk's Office does not warranty or guarantee the accuracy of the information provided. If you have specific legal questions or concerns, we encourage you to consult an attorney who can address and advise you on the particular circumstances of your situation. In no event will the Clerk's Office be liable to any party in any way relating to the availability, use, reliance on, or inability to use the provided information or forms or for any claim attributable to errors, omissions, or other inaccuracies in any information provided.*

Rev. 06/2023

7/26/23 Deputy Jeartas L. Wells Mental health Counselor who failed to reveal there name stated if i continue these suicidal attempts she was going to call Drug court coordinator to interfere with me getting out not caring that the constantly physical abuse, abuse of authority neglect, led to my attempts, them not following certain procedures and protocols when it comes to a person health and safety which affected me mentally because i have numerous disorders in mental health court in Gwinnett county and those episodes occur when in tramatic events

1/8/23 Deputy Cohen failed to file an incident report for being attacked physically abused, failed to remove me or the inmates, they bullied and also harrassed me and he done nothing to prevent or fix the situation.

Notice!! I am writing on the information sheets you've provided me because right now i'm being housed in isolation with no one because J.R., tried to place me in a violate area 4 south i refused because these Deputies, the entire staff, stargeting me along with these inmate's, they just Don't occur its a reason behind it after being removed from 3 north the medical floor they allowed my property to get stolen, which had my legal work in the same color envelope you sent me, My incident report on my case "22LCT21495S" you can contact my Attorney in my Gwinnett county Situation who got the report for me when i was in there 2/15/23, She can validate this and aware of the abuse i've been receiving and all the they've been doing to silence me - 470-231-8392-Rachel this call was recorded and you ve can ask to receive it IID67642611 s the JID someone let me use Also Mrs. Kim henderson out of Gwinnett Drug and Mental health Coordinator also is aware of these events and trying to get me Back to Gwinnett from that JID number Gave you 1 and mine which she accepts Freely me not paying 11288192261. They've put the hold on me, they've spoke with my attorney here by the name of eric cho, he filed a bond reduction May 24, And Aug 2-23 not sure why they didn't answer the first They stated to him the

*Disclaimer: This information is provided as a service to the public. While the information deals with legal issues, it does not constitute legal advice. Due to the rapidly changing nature of the law and court procedures, we rely on some information provided by outside sources. Although we make every effort to ensure the information is correct, the Clerk's Office does not warranty or guarantee the accuracy of the information provided. If you have specific legal questions or concerns, we encourage you to consult an attorney who can address and advise you on the particular circumstances of your situation. In no event will the Clerk's Office be liable to any party in any way relating to the availability, use, reliance on, or inability to use the provided information or forms or for any claim attributable to errors, omissions, or other inaccuracies in any information provided.*

Rev. 07/2021

There again without charges, there not terminating me from there program, instead I'm transferring from Drug Court to mental health court and a group home, i was accepted to go to, there work hard to get a signature bond or get this situation resolved. He's also aware of everything as well can be contact at 404-613-4856 eric cho.
These are my witnesses aware they've been Accessing my Kiosk login without Authorization changing my Appeal's to passivley accepted, changing my Password Pin to keep from Grieving and using the phone while i was in 7n100 to hide me and using scare tactic's to startle and frighten me. Where inmates can pop out themselve's out there room, roam around pop yours as well there's a hole located in the shower where you can go to the next dorm, its condemned and unsafe here, inmate's goes in pipechase and steal medal to create shank's to stab one another, i've witnessesed. 27 myself. Right now there hiding me again, im in 7s400 i'm in a room where my sink and toliet water is off, they won't turn it on, forced to smell urine and poop in clean cell, sleeping on hard steel no mat, light are broken in every cell, always dark, also coughing from burning wicks and pepper spray threw out the dorm, won't give me no tissue won't allow me to have writing material, con't come out my cell to shower or contact my attorney they got the phone's off, violating my right's placed here without a D.R. or a hearing, there's an inmate next door to me has a cell phone these Deputie's get in, for them threw out the jail, they bring them narcotic's, i see this with my own eye's and so by me grieving about my issue's it's messing up these Deputies, nurses n.lt counsleor's business with these inmates, there's proof back in march Deputy Jenkins got caught up which ed to her being arrested giving inmates phones. it was on the new's every Officer, staff play apart in this jail which is corrupted, i realize my rights and others

# PRISONER'S GUIDE TO FILING A CIVIL CASE IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA

## Types of Civil Suits:

**42 U.S.C. § 1983:** Action against a person who has acted under color of state law such as a state official or employee for violation of plaintiff's federal constitutional rights.

**Bivens:** Action against a person who has acted under color of federal law such as a federal official or employee for violation of plaintiff's federal constitutional rights.

**28 U.S.C. § 1361:** Action in the nature of mandamus to compel an officer of the United States to perform his or her duty.

**28 U.S.C. § 1331:** Federal question jurisdiction. An action which involves a federal statutory or constitutional question.

**28 U.S.C. § 1332:** Diversity jurisdiction. The plaintiff must be a citizen of a different state than all of the defendants, and the matter in controversy must exceed the sum or value of $75,000.00.

## How to File a Civil Rights Action:

**42 U.S.C. § 1983 and Bivens:** Must be filed on a civil rights complaint form available from the Office of the Clerk of Court.

**NOTE:** A prisoner may not file a § 1983 or Bivens action in this Court until available administrative remedies have been exhausted. 42 U.S.C. § 1997e(a).

**All Other Civil Suits (including 28 U.S.C. § 1332):** No forms are available. Plaintiff must draft his/her own complaint, which must include: (1) the name and address of the plaintiff, (2) the name and address of the defendant(s), (3) a brief statement of legal claims, (4) a clear and concise statement of the specific facts involved, (5) a statement of relief being sought, and (6) a statement of basis for federal court jurisdiction. LEGAL AUTHORITIES AND CITATIONS

Rev. 06/2023

being violated in there, there offedone, this is a jungle, they've been attempting to allow me to get stabbed several and i mean numerous times, they Don't care about that cameras they have. i don't understand why the I.A, F.B.I or a higher government ain't investigating this cesspool, you have dorm room doors that Don't lock, people out in boats in the day room full to capacity, nasty showers, cells entire dorm, people recently Died from Bed Bugs, caught staff infections, etc. people getting stabbed left and right every other day a lot of these incidents Don't even be reported or charges Don't even get filed, even when i asked it Didn't happen. Are health and safety Desen't matter to them, they Don't monitor these Dorms they allow it to happen, cover it up, i have wrote so many other grievances if you get the access to there Kiosk paper trail, no wonder i'm receiving this treatment Because i'm exposeing them i'm willing to testify and bring justice and changes to this Jail. a person got stabbed in his boat while he was sleep, they get on drugs and go balistic's The staff here is offilated with these gangs and that's how the shipment of drug and phone's come in, if a Deputy have a problem with you the send these gang's at you that's a fact. My motion paperwork, Jailhouse handbook cases and information and other legal work is gone and i can't even grieve because they've hidden me wrongfully, I had my grievances dates and sick call's written 3 times, and in all my incident's my property get lost i need some clarity, some type of assistance to stop this harrassment Brutality i'm receiving. Here's a list of The Deputies involved in recent, previous and ones at me right now. (Notice, Send 4 more copies Just in case they tamper with this write letting me know you got it

3. A signed authorization allowing the plaintiff's custodian to withdraw funds from his inmate account. 28 U.S.C. § 1915(a)(2).

**Drafting Pleadings:**

All pleadings must be typed or legibly hand-printed and double spaced. No single spacing is allowed. All pleadings must be on standard 8 ½ x 11-inch letter-sized paper. Any document, including attachments, submitted on paper exceeding this size will be returned. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

**Consent to Jurisdiction by a United States Magistrate Judge:**

After a case is opened, all parties will receive a Consent to Jurisdiction by a United States Magistrate Judge form. Please read and follow the instructions on the back of the form. NOTE: This form should be returned to the Clerk of the Court only upon consent of **ALL** of the parties. If you desire to have your case tried before a United States Magistrate Judge, you should sign the form and forward it to the defendant(s) for consideration.

**After a Case is Filed and Docketed:**

All civil complaints must be answered by the defendant(s) within 21 days from the date of service (60 days for United States defendants and for defendants who have timely waived service) or responded to by appropriate motion, including motions to dismiss or motions for summary judgment. (Responses to motions must be filed within 14 days, 21 days for summary judgment motions.) If a defendant timely files a motion to dismiss or for summary judgment in lieu of an answer, the defendant's answer is not due until 14 days after the court denies the motion. Discovery begins 30 days after the appearance of the first defendant by answer to the complaint unless the court orders otherwise following the grant of a properly filed motion for discovery. Local Rule 26.2 & Appx. F. It is during the discovery period that the plaintiff may request from the defendant(s) any relevant information necessary to his/her case. See Rules 26-37 of the Federal Rules of Civil Procedure for methods and rules of discovery. Civil trials are held after expiration of the discovery period and after the court rules on any summary judgment motions.

**Where to File Pleadings:**

**Do NOT send papers concerning your case directly to the judge.** The complaint and other pleadings must be delivered or mailed to:

> Office of the Clerk
> 2211 U.S. Courthouse
> 75 Ted Turner Drive, S.W.
> Atlanta, GA 30303-3361

# INSTRUCTIONS FOR FILING A CIVIL RIGHTS COMPLAINT BY PRISONERS

Pursuant to the Civil Rights Act, 42 U.S.C. § 1983, against state officials

AND / OR

Pursuant to <u>Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), 28 U.S.C. § 1331, against federal officials

To start an action you must file an original prisoner civil rights complaint with the Court. A form complaint is available on the Court's website or from the Clerk of Court. You should also keep an additional copy of the complaint for your own records. **All copies of the complaint must be identical to the original, including any attachments or exhibits.**

The Clerk will NOT file your complaint if it does not conform to these instructions and to these forms.

Your complaint must be typed or legibly HAND PRINTED on the attached form. If you need additional space to answer a question, you may use additional blank paper with no less than 2 spaces between lines; no single spacing is allowed. **Local Court Rules require that all pleadings, including attachments, must be on standard 8 ½ x 11-inch letter-sized paper.** Any pleadings submitted on paper exceeding this size will be returned. Extra copies of pleadings submitted to the Court that you wish to have marked "filed" and returned must be accompanied by a self-addressed stamped envelope. Pro se inmates may not represent the rights of others before this Court. Accordingly, only one Plaintiff is permitted to participate in any pro se action.

Your complaint may be filed in this Court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

In order for this complaint to be filed, it must be accompanied by the filing fee of $402.00. If you are unable to pay the required filing fee, you may request the Court to allow you to proceed **in forma pauperis**. A blank affidavit is available from the Court for this purpose. The original should be filed with the complaint, and you should keep a copy for your own records.

THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS; YOU ARE REQUIRED TO GIVE ONLY THE FACTS.

When these forms are completed, mail the original and copies to:

Clerk, U. S. District Court
Northern District of Georgia
2211 U. S. Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303-3361

You are not required to provide completed Marshal's Service forms (USM-285) at the initial stage of filing your complaint. You will be notified by the Court to provide them at a later date.

Deputy Cooper, R-30 transport, Reynolds, Jones, Sage, Gaines, Hollins, Tinsley, Jenkins, Gray, Jannaeh, Wynn, Cohen, Livert, Mitchell, Brad Shaw, Thomas, Washington female and male, Davis, Wilcox, Welch, Smith, Mike Lovins, Cochran, Cato, Brown, Snead, Williams, Sidney, Sgt. Rice, Bestie, Lofton, Seamore, Lt Wells-Jenkins- Mrs. P, Mrs. B, Mrs. W failing to state or wear their name tags and alot more I don't kno by name because the hide there faces with mask so it's hard to identify. But there are more Deputies, Sgts, Lt's, captain involved any names I missed can be on the grievance I've wrote on paper or on the kiosk if you subphena my paper trail. I Don't mean no harm by the things I'm stating I just don't know how to respond to events like this my only option is to get my voice heard by advocating for myself I don't mean for my handwriting to be sloppy speak on cases, statues I'm learning to educate myself I'm trying to get better with this law stuff. I have no choice but to write on this paper because they've taken everything from me By the Grace of God and I hope you find it in your heart to investigate these matters and current situation, there trying to destroy me By denying me access to certain things Phone to be specific. I have no hygiene stuff in my toilet and cell, could you seek out and get some kind of justice for me, I fear for my life I don't know how much I can take I'm starving, I'm thirsty, I'm perturb, Exhusted even the Mental health staff, Medical, nurses are aware and there all in on it, pay attention to detail, conversation they follow strict S. I. e and don't follow up of nothing they say. Break soap and Protocol From 6-20-22 till 8-16-23 I have experience the worst jail treatment of my life. My Back is on the wall right now. I came up with the estimate of a million as a Guess because of the numerous of people involved, it's hard to write grievances on people you can't get there name hiding. I can't write the grievances now because of my situation. Notice it's too risky to let these officers touch my legal work to sign for In Forma Pauper because of my legal work they let disappear purposely. I-om Indigent never made store in here, I'm homeless- Kim, Rachel, Eric can vouch tell them to reach out and get the information signed free giving me the run around, 112-889-510-221-876-booking number sorry But I had to state my issues Because if I get killed or something worse happens someone knows. Can you please tell Kim, Rachel, Eric to write me check on me Get Help Please they hurting me